Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
for the
_Eastern_ District of _Oklahoma_
_____ Division

**FILED**
FEB 1 4 2019
PATRICK KEANEY
Clerk, U.S. District Court
By_____
Deputy Clerk

Case No. **CIV 19 - 54 JHP**
(to be filled in by the Clerk's Office)

_David George Clark_
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v- _(See attach)_

_Oklahoma Department of Corrections_
Defendant(s)
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: David George Clark
   All other names by which you have been known: My legal name is Dave
   ID Number: 640457
   Current Institution: Lexington Correctional Center
   Address: 15151 Hwy 39 PO Box 260
   Lexington, OK 73051
   City / State / Zip Code

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

   Defendant No. 1
   Name: Sparks
   Job or Title *(if known)*:
   Shield Number:
   Employer: Oklahoma Dept. of Corrections
   Address: PO Box 260 15151 Hwy 39
   Lexington, OK 73051
   City / State / Zip Code
   ☐ Individual capacity   ☒ Official capacity

   Defendant No. 2
   Name: Braggs
   Job or Title *(if known)*: Warden
   Shield Number:
   Employer: Dept. of Corrections
   Address: PO Box 260 15151 Hwy 39
   Lexington, OK 73051
   City / State / Zip Code
   ☐ Individual capacity   ☒ Official capacity

Defendant No. 3
- Name: Billie
- Job or Title (if known): Sick Call Nurse
- Shield Number:
- Employer: Oklahoma Dept. of Corrections
- Address: PO Box 260 15151 Hwy 39
  Lexington, OK 73051
  ☐ Individual capacity   ☒ Official capacity

Defendant No. 4
- Name: Gray
- Job or Title (if known): Casemanager
- Shield Number:
- Employer: Oklahoma Dept. of Corrections
- Address: PO Box 260 15151 Hwy 39
  Lexington, OK 73051
  ☐ Individual capacity   ☒ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

The 8th Amendment and other Amendments

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

*It seems my safety does not matter to the guards because they threaten me just like the inmates do.*

### III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [ ] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [x] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)* _____

### IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

*Tulsa County Police Dept. has harass and threatened me before, during, and after my arrest.*

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

*I was threatened at LARC, Dick Conner Correctional Center, and Lawton Correctional Facility and I already have been beaten and sexually assaulted by other inmates.*

C. What date and approximate time did the events giving rise to your claim(s) occur?

I have been harass, by the guards multipule times at different places and my property always comes up missing. I got arrested on Dec. 6, 2018 and got out on Jan. 23, 2019 and arrested again on Jan. 29, 2019.

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

I got falsely accused of PREA case on Dec. 6, 2018 and the Warden Braggs did not have it off of my record so he had me locked up again on Jan. 29, 2019.

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I have been put in harms way since I got arrested by authority figures. I have rotten teeth that never has been fixed.

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I want my property be reimburse to me that they have lost and reimburse of being sexually and physically assaulted. I'm a mental patient since I was 5 years-old and I have been taken advantage of by people in authority and by inmates.

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).
In prison at Dick Conner Correctional Center and Lawton Correctional Center.

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☐ No

☑ Do not know

If yes, which claim(s)?

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?
   At Lawton Correctional Center.

2. What did you claim in your grievance?
   To be reimbure of my property.

3. What was the result, if any?
   They dismissed it.

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*
   I do not have the address to appeal it. I do not know.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here: Most of the time I do not get to the law library. They will not give me my legal papers so I can file things in the court or courts.

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any: I told Mr. Sparks that I was going to sue.

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. I'm not allowed to my law papers and the law library.

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes
☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes
☒ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) _____
   Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*
   _____

3. Docket or index number
   _____

4. Name of Judge assigned to your case
   _____

5. Approximate date of filing lawsuit
   _____

6. Is the case still pending?
   ☐ Yes
   ☐ No
   If no, give the approximate date of disposition. _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*
   _____

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐ Yes
☒ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

   1. Parties to the previous lawsuit
      Plaintiff(s) _____
      Defendant(s) _____

   2. Court *(if federal court, name the district; if state court, name the county and State)*

   _____

   3. Docket or index number

   _____

   4. Name of Judge assigned to your case

   _____

   5. Approximate date of filing lawsuit

   _____

   6. Is the case still pending?
      ☐ Yes
      ☐ No

      If no, give the approximate date of disposition _____

   7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   _____

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _____

Signature of Plaintiff: *David George Clark*
Printed Name of Plaintiff: David George Clark
Prison Identification #: 640457
Prison Address: PO Box 260  15151 Hwy 39
Lexington     Ok     73051
           City            State    Zip Code

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
           City            State    Zip Code
Telephone Number: _____
E-mail Address: _____

Oklahoma Dept. of Corrections do not care about our health and other things such as our safety.

I, David George Clark had my property that I bought off of canteen stolen more than once.

I have been physically and sexually assaulted so far at two prisons. I have been lied on more than once by other inmates just to make themselves look good for their friends. Nothing has been done to aid in my favor.

Tulsa County Police Dept. has threatened me and harass me more than once before I got arrested and during my arrest they threatened me. Tulsa County Police Dept. told me to confess or they were going to beat me until I did or kept on going until I'm dead it did not matter to them. The proof of my statement is I'm doing 35 yrs. for something I did not do, I was force to confess to this crime.

The prisons staff do not do their job professionally they are always threatening inmates. They have

anger problems and it shows at work. They even let other inmates beat and ~~could~~ sexually assault others, like they do not care at all. This all I ⊘ can think of.

Respectfully,
David Clark