Clark
v.
Oklahoma Department of Corrections et al

Case #6:19-cv-00054-RAW-SPS

Oklahoma Department of Corrections Prisons Complaint on their Staffs.

Since 6-30-2011 at LARC they did not do a mental health screening and mental health did not see me at all. The casemanager there had a attitude with me for no reason at all and the gang members put a S.O.S. and a K.O.S. on me for my crime which is a sex case. I have been fighting my case as well. I have been at Dick Conner Correctional Center, Lawton Correctional Facility, Lexington Correctional Center, and Cimarron Correctional Facility. So far I can see that they are breaking the 8th Amendment by putting me in harms way since I have been in. They do not keep the mental ill from the mentally healthy either. I have been sexually assaulted and physically assaulted as well. I got assaulted back in Sept. or Aug. 2019 for no reason at all by a white guy gang member claiming as a black gang member. Before that in July 10, 2019 Q. Carter wrote me up for threatening staff I have never threaten staff since I have been in, I did however did not make my self clear on it so in away it was my

fault. On 2-19-2020 I got wrote up for refusing housing but I do not see how since I wrote my Unit Team before hand on the issue as stated at the beginning. I had my stuff taken by inmates and staff members. They prisons feed us so-called food that says on the boxs not for human ~~consuption~~ consumption but they feed it to us anyways. Medical and Mental Health are inadequate as well. Oklahoma Department of Corrections Prisons is a health and safety hazard as a whole to us inmates along with staff. I'm in prison on bogus charges and illegally confined according to 18 U.S.C. §1151 Indian Country lands and State of Oklahoma has no authority also I was ordered by court to be placed in Department of Human Services under DDSD care. I had ineffective council to represent me and I had while in Department of Human Services SSI, food stamps, medical insurance, and a provider as well. I was placed in their care around 1999 until my arrest in May 12th, 2010. I had no arrest record and no criminal history. I'm working on a State of Oklahoma lawsuit as well on the above issues on my case. This is a letter form

complaint as a pro se litigant.

    I hope the case does not be dismissed because it's a State agency and so forth. When the Supreme Court extented to all Confinement Conditions. This is where I'm going to end this letter complaint by saying that Oklahoma Department of Corrections Staff of the prisons does not do their jobs according to their OPs and the laws of State and federal but mustly the federal laws.

    Some of these prisons staff beat us inmates and let other inmates kill other inmates also prisons staff do illegal stuff along with certain individuals in visitation like drugs, tobacco, cell phones, and ect. Oklahoma Department of Corrections cut my money off from my friend.

Respectfully,
David Clark

Clark
V.
Oklahoma Department of Corrections et al
Case #6:19-cv-00054-RAW-SPS

Oklahoma Department of Corrections Prisons Staff Complaint (cont.)

I do not have every staff member names of the prisons and I do not know how to get them to add them to this complaint that is why I made this letter as a add on to the other that I have ended.

I was wanting you to know why I did not have names and I do not have all of the dates of being at those prisons and leaving them. I came to Cimarron Correctional facility on 2-7-2019.

I do not have any reason to lie on anything in these statements made. I wish this was a State of Oklahoma lawsuit instead so I can add to this complaints made but that is Ok. Oklahoma Department of Corrections cut my money off from my friend for no reason at at.

Respectfully,
David Clark